| NELSON BAKER AND GEORGE SMITH vs. HENRY NAYLOR. | LAND OFFICE, 18TH OF JANUARY, 1851. |

[PRACTICE IN THE LAND OFFICE.]

A CERTIFICATE of survey embraced several lots contiguous to each other, but upon a caveat it was admitted, that two of these lots belonged to another party, by the intervention of which, the contiguity of the others was destroyed.   HELD—That the certificate may be corrected, so as to exclude from the survey certain lots separated from the others by this intervention.

[A certificate of survey granted to Henry Naylor, upon an escheat warrant, embraced seven contiguous soldiers lots in Alleghany county, numbered 1121, 1122, 1131, 1132, 1134, 1920 and 1923, and was caveated by Baker & Smith. .It was admitted that Smith had title to lots 1132 and 1923, at the time of the issuing of the warrant, and that these two lots destroyed the contiguity of the others.   Naylor then asked leave to have his certificate amended, so as to embrace lots 1121, 1122 and 1131.   Upon this question the Chancellor delivered the following opinion and order.]

THE CHANCELLOR:

In this case it is manifest and is conceded, that the *caveat* of

Smith must be ruled good, and the only question is, whether, according to the rules and practice of the land office, Naylor may not have his certificate corrected by excluding lots numbered 1134 and 1920, which by the intervention of Smith's lots are separated from the other lots comprehended in the certificate of the former.

This question appears to me, to be conclusively settled by the case of *Issachar & Schoffield* vs. *Beall*, reported in the *Landholders' Assistant*, 420, 421. Indeed if that case and this are distinguishable at all, it is in circumstances which make this case stronger in favor of the right to have the correction made, and, therefore, I shall pass an order accordingly.

It is, thereupon, adjudged and ordered, that the *caveat* of George Smith be, and the same is hereby ruled good, and that the certificate of "Naylorsville" be corrected by excluding lots numbered 1132, 1923, 1134 and 1920. And that the surveyor of Alleghany county make the said correction and return the corrected certificate along with the original to this office.

Thos. Perry, for the Caveators.
Geo. A. Pearre, for the Caveatee.